No. 385. Atlantic Coast Line Railroad Co. *v.* Thompson, State Revenue Commissioner.

810

Phillips substituted for Thompson as the party appellee.